IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN G. HAVRILLA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 14-204C |
| v. | ) | (Judge Kaplan) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal

Claims, the parties stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

s/David Ricksecker by Jana Moses (with permission 3/1/2017)
DAVID RICKSECKER
Woodley & McGillivary LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, D.C. 20005
Tel: (202) 833-8855
Attorney for Plaintiffs

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Jana Moses
JANA MOSES
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2279
Facsimile: (202) 307-0972
Email: Jana.Moses@usdoj.gov
Attorneys for Defendant

March 1, 2017